UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANDREW CONKOVICH | CIVIL ACTION NO. 16-cv-1401 |
| VERSUS | CHIEF JUDGE HICKS |
| BIOMEDICAL RESEARCH FOUNDATION OF NORTHWEST LOUISI, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Certain claims in this matter were settled, but the claims of relator for retaliation and attorney's fees against the BRF defendants were reserved. The complaint was unsealed and directed to be served upon the defendants by relator. Doc. 28. Summonses were issued on September 24, 2019. Federal Rule of Civil Procedure 4(m) ordinarily requires that service be completed within 90 days after the filing of the complaint. It has been more than 90 days since summonses were issued, but there is no evidence of service in the record.

The court exercises its discretion to extend the deadline for effecting service until **February 3, 2020**. The remaining claims will be subject to dismissal for failure to prosecute unless, by February 3, 2020, (1) Plaintiff files evidence of valid service or (2) the defendants file an answer or answers.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 16th day of January, 2020.

Mark L. Hornsby
U.S. Magistrate Judge